UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:19-CR-96 |
| vs. | ) | |
| WILLIAM ROGER WOODIE, et al., | ) | |
| Defendants. | ) | |

## **ORDER**

Defendants have filed motions to continue [Docs. 272-274]. The undersigned will hold a telephone conference in chambers on **Wednesday, April 15, 2020 at 2:00 p.m**. All counsel may appear by calling 1-888-278-0296 and entering access code 1539438 at the appointed time.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge