UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | **2:19-CR-96** |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| WILLIAM ROGER WOODIE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Defendants have filed several Motions to Continue in this case [Docs. 272-274 and 277-278]. Defendants' counsel aver that because of the current limitations imposed by detention facilities on visitation and phone calls due to the COVID-19 pandemic, additional time is needed to determine whether pretrial motions should be filed, explore possible resolution of the case, and to prepare for trial. They further aver that discovery is voluminous and additional time is needed to review discovery with Defendants. The United States did not oppose the motion. Defendant McCoy's counsel objected to the motion to continue. Counsel for Defendants Hall and Blankenship made no objections to the motion, but also did not join in the motion to continue because they had been unable to obtain a response from their clients on whether their clients wished for the matter to be continued.

Without Defendants being accessible for communication, it is impossible for them and their counsel to determine what motions may need to be filed and to prepare for trial; therefore, Defendants have shown good cause to grant the relief requested in the Motion to Continue. The Court held a teleconference on this motion on April 15, 2020. The Court finds that, based upon the

foregoing, as well as this case having extensive discovery and involving multiple defendants, the Motions to Continue are well supported and are **GRANTED**.

The Court sets the following deadlines for this matter:

| New Scheduling Dates | |
|---|---|
| Trial Date | **August 11, 2020, at 9:00 a.m.** <br> **U.S. District Judge J. Ronnie Greer** |
| Estimated length of trial | **5 days** |
| Defendant's Pretrial Motions Due: | **June 19, 2020** |
| Government's Responses Due: | **July 3, 2020** |
| Plea Deadline | **July 28, 2020** |
| Requests for Special Jury Instructions | **5 days before trial** |

For the reasons stated above, all time between the filing of this order and the new trial date identified above is hereby declared "excludable time" under the Speedy Trial Act. The ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

If any Defendant and the United States enter into plea negotiations which prove successful, a fully-executed plea agreement shall be filed on or before the plea deadline identified above with an exact copy simultaneously furnished to the chambers of the district judge. All provisions in the Order on Discovery and Scheduling not explicitly amended by this order shall remain in effect.

SO ORDERED:

s/ Cynthia Richardson Wyrick  
United States Magistrate Judge
